11-21-09

TO: US Bankruptcy Court

Case # 09-15132
John Wells # 5261

This letter is to request a motion to lift the stay in the matter of John M. Wells Jr. #5261 Case # 09-15132 Chapter 13 Bankruptcy filing for the property purchased from (me) Rodney Grisham for the following reasons.

① Mr. Wells misled me about his intent to file Bankruptcy and I never received a notice that he had filed. I only found out by calling his mother.

② the purchase of my property was not a factor that caused him to decide to file bankruptcy. Other problems that he already had such as a divorce, excessive credit card debt, not paying house payments or having vehicles repossed were what made him decide to file. He told me this in one of our conversations about what happened.

③ Mr. Wells has not made any attempts to make any payments on the note for the property.

④ His attorney John C. Ross, Corinth Miss. told me that he would have not allowed him to file Bankruptcy if he had known that the purchase of my property was done after the Bankruptcy filing. It appears that the filing date was delayed to make it appear that the property was bought before the filing.

⑤ Had I known that Mr. Wells was delaying closing our deal until he could get his divorce and get prepared to file bankruptcy I would not have completed the deal with him. please allow this stay to be lifted so I can

(2)

Procede with notice of default and foreclosure since I have not recieved any payments.

(6) Time is of essence in this matter as Mr. Wells may cut the timber on the property and sell it even though I discussed this with him and he agreed not to cut any timber. This would greatly reduce the value of the property if the timber is cut.

* Please allow me to procede with getting the property back in this unusual situation.

Sincerely,
Rodney Grisham
310 Morton St. #1374
Richmond, TX. 77469
713-305-3646

P.S.
Please send any correspondence for the next month to the following address ~~[crossed out]~~

2430 Lexington Dr.
Ventura, Ca. 93003
as I am out here working and visiting my daughter who lives here. Rodney Grisham