```
                                                         CLF 1Q
                                                         05-26-06
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: John M. Wells

                                                  CASE NO. 09-15132

DEBTOR(S)

## NOTICE OF DEFICIENT FILING

The Bankruptcy Pleading or other document that you submitted is deficient for the reason marked below. The deficiencies may be corrected by tendering corrected items. All tendered items are property of the court and cannot be returned for correction.

**PLEASE TAKE NOTICE** that unless the deficiencies checked below are corrected within 20 days from the date of filing, the filed item will be subject to dismissal. This administrative determination is subject to judicial review.

( )    The abandonment request that you submitted is not in the form of a motion. Please resubmit your request in the form of a motion, and remit the filing fee of $150.00 by negotiable instrument payable to the order of "Clerk, U.S. Bankruptcy Court, Northern District of Mississippi".

(XX)   A filing fee of $150.00 must be paid for filing a motion to vacate or modify the automatic stay, to withdraw the reference of a case, or to compel abandonment. If the motion combines prayers to vacate or modify the automatic stay and to compel abandonment, only one fee must be paid.

( )    Because the court has dismissed this case, your motion to vacate or modify the automatic stay cannot proceed and will not be scheduled for hearing unless the case dismissal order shall be set aside or vacated.

                                                  DAVID J. PUDDISTER

                                                  By: _Vanessa Diggs_
                                                  Deputy Clerk
                                                  703 Hwy. 145 North
                                                  Aberdeen, MS  39730
                                                  Telephone: (662) 369-2596

DATE OF ISSUANCE: 11/25/09